AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WYNDEL LARRY HERNDON, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV221-126

DR. T.J. KIDDER, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order of the Court dated June 2, 2022 adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Plaintiff's complaint is dismissed, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHEN DISTRICT OF GEORGIA

June 6, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020